IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABRAM LUJAN, ET AL., | NO. C 04 00204 RS |
|     Plaintiffs, | **ORDER REQUESTING FURTHER BRIEFING** |
|   v. | |
| CITY OF HOLLISTER, ET AL., | |
|     Defendants. | |

In this closed matter, plaintiff Donna Lujan, appearing *pro se*, has filed a series of "petitions," seeking all of the following relief: (1) that David J. Heilman, Esq. be removed as counsel of record for Lujan, and that she be permitted to represent herself; (2) that Lujan be permitted to serve as the "personal representative" for minor plaintiff C.D.R.; (3) that an order be entered directing the San Benito Bank in Hollister, California that all funds in the "blocked account" containing settlement proceeds paid to C.D.R. in this action may be released to CDR upon her eighteenth birthday, on June 15, 2009; and (4) that a order be entered permitting the immediate withdrawal of $6000 from the "blocked account," to be expended on certain personal needs of CDR.

IT IS HEREBY ORDERED THAT any and all parties and counsel of record wishing to object to or comment on any of these requests for relief file such written objections or comments within 20 days of the date of this order. In particular, the Court solicits evidence and argument as to

1  the propriety under the terms of the parties' settlement agreement of the relief requested, and
2  comment on any jurisdictional or other procedural issues that may be presented.

5  IT IS SO ORDERED.
6  Dated: October 5, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER REQUESTING FURTHER BRIEFING
C 04 00204 RS

2