

FILED
NOV 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ABRAM LUJAN, ET AL.,

    Plaintiffs,

v.

CITY OF HOLLISTER, ET AL.,

    Defendants.

NO. C 04 00204 RS

**ORDER**

In this closed matter, plaintiff Donna Lujan, appearing *pro se*, has filed a series of "petitions," seeking all of the following relief: (1) that David J. Heilman, Esq. be removed as counsel of record for Lujan, and that she be permitted to represent herself; (2) that Lujan be permitted to serve as the "personal representative" for minor plaintiff C.D.R.; (3) that an order be entered informing the San Benito Bank in Hollister, California that the restrictions on the "blocked account" containing settlement proceeds paid to C.D.R. are to expire upon her eighteenth birthday, on June 15, 2009; and (4) that a order be entered permitting the immediate withdrawal of $6000 from the "blocked account," to be expended on certain personal needs of C.D.R.

On October 5, 2006, the Court ordered any party or counsel of record wishing to object to or comment on any of these requests for relief to file such written objections or comments within 20 days of the date of that order. No responses have been filed. Without objection, and good cause

appearing, the relief requested will be granted.

The San Benito Bank in Hollister, California is hereby directed that all funds in the "blocked account" in C.D.R.'s name may be released to her on June 15, 2009, and is further directed that the sum of $6000 may be released to CDR immediately.

Lujan and C.D.R. are advised that the Court will not entertain any further applications for early release of any the funds in the account.

IT IS SO ORDERED.

Dated: November 2, 2006

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 04 00204 RS

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Susan K. Blitch     sblitch@hurleylaw.com

Susan J. Cowie     scowie@hurleylaw.com

David J. Heilman     djh@heilmanlaw.com

Vincent P. Hurley     vhurley@hurleylaw.com, gforese@hurleylaw.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Donna L. Lujan
125 Park Street
Hollister, CA 95023

Dated: November 2, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg